
| | |
|---|---|
| 1 | Alan M. Levinsky (SBN: 006702) |
| | **BUCHALTER NEMER** |
| 2 | 16435 North Scottsdale Road, Suite 440 |
| | Scottsdale, AZ 85254-1754 |
| 3 | Telephone: (480) 383-1800 |
| | Facsimile: (480) 824-9400 |
| 4 | Email: alevinsky@buchalter.com |
| 5 | Attorneys for Movant |

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

In re:                                                          **Chapter 13**

CHAD SPEER and                                    **No. 2:09-bk-19330 CGC**
REBECCA SPEER,

        Debtor(s),                         **ORDER FOR RELIEF FROM THE
                                                                      AUTOMATIC STAY**

DESERT SCHOOLS FEDERAL CREDIT
UNION,
        Movant,
  vs.

CHAD SPEER and
REBECCA SPEER,
EDWARD J. MANEY, Trustee,

        Respondent(s).

This matter coming before this Court pursuant to the Motion of Secured Creditor, DESERT SCHOOLS FEDERAL CREDIT UNION, to lift the automatic stay with respect to the Estate's and to the Debtors" interest in the property described as a 2007 DODGE DURANGO, VIN: 1D8HD38K17F553599, and the Court finding that relief should issue, hereby orders as follows:

D8881.0268 BN 4532700v1

1   IT IS ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C. § 524 are lifted and vacated with respect to both the Estate's and the Debtors' interest in the property described above.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Movant can immediately take possession of the property as described above without having to wait ten days as otherwise required under Rule 7062 and/or Rule 4001.  However, sale or other disposition of the property cannot take place until ten days after the date of this Order.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order is binding in the event that this matter is converted to another Chapter.

DATED this _____ day of _____, 2009.

_____
U.S. Bankruptcy Judge

Copy of the foregoing mailed this
_2nd_ day of October, 2009, to the following:

Chad Speer
Rebecca Speer
28639 N. 46th Way
Cave Creek, Arizona 85331
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, Arizona 85311
Attorney for Debtors

Edward J. Maney
P.O. Box 10434
Phoenix, Arizona 85064
Trustee

 /s/ *Cathy Bohnsack*