DAVID E. McALLISTER (AZ BN 021551)
JOSEPHINE E. PIRANIO (AZ BN 020630)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858)750-7600
Facsimile: (619) 590-1385
jsalmon@piteduncan.com

Attorneys for AURORA LOAN SERVICES, LLC, its successors and/or assigns

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re | Case No. 2:09-bk-19330-CGC |
| CHAD SPEER AND REBECCA SPEER, | Chapter 13 |
| Debtor(s). | |
| AURORA LOAN SERVICES, LLC, its successors and/or assigns, | CERTIFICATION OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 4001-1(b) |
| Movant, | |
| vs. | |
| CHAD SPEER AND REBECCA SPEER, Debtor(s); and EDWARD J. MANEY, Chapter 13 Trustee, | |
| Respondents. | |

STATE OF CALIFORNIA )
                              ) ss.
County of San Diego      )

I, Josephine E. Piranio, being first duly sworn upon oath, depose and say:

I am an associate attorney employed at the law firm of Pite Duncan, LLP, counsel for Movant, Aurora Loan Services, LLC, its successors and/or assigns, in the above-captioned proceeding. I am a citizen of the United States over the age of eighteen years, and am otherwise competent to testify to the matters stated herein. I make this certification to satisfy the requirements of Local Rule 4001-1(b).

- 1 -

| | |
|---|---|
| 1 | I certify that a Meet and Confer letter in compliance with Local Bankruptcy Rule 4001-1(b) |
| 2 | was sent to the Debtors' attorney of record, Joseph W. Charles, via facsimile on October 23, 2009. |
| 3 | As of the date of this Certification, Movant has been unable to resolve this matter with the Debtors. |
| 4 | A true and correct copy of the Meet and Confer letter and the facsimile transmission sheet is attached |
| 5 | hereto collectively as exhibit A and incorporated herein by reference. |

Dated:  November 6, 2009                                    PITE DUNCAN, LLP


JES 020630
JOSEPHINE E. PIRANIO
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858)750-7600
Facsimile: (619) 590-1385



# PITE
# DUNCAN
LLP

**San Diego**

Steven W. Pite *CA/NV/WA*
John D. Duncan *CA/TX/WA*
Peter J. Salmon
*CA/ID/UT/WA*
David E. McAllister
*AZ/CA/HI/OR/UT/WA*

Rochelle L. Stanford
*AZ/CA/OR/WA*
Josephine E. Salmon
*AK/AZ/CA/NY*
Laurel I. Handley
*AZ/CA/ID/NV*
Daniel R. Gamez *CA/TX*
Eddie R. Jimenez *CA/NV/TX*
Susan L. Petit *AK/CA/WA*
Douglas A. Toleno *AZ/CA*
Cuong M. Nguyen *CA/NV*
Casper J. Rankin *CA/OR*
Charles A. Correia *CA*
Melodie A. Whitson *CA*
Brian A. Paino *AZ/CA/TX/VA*
Christopher M. McDermott
*CA*
Jillian A. Benbow *CA*
Thomas N. Abbott *CA*
Tracy D. Mabry *TX*
Drew A. Callahan *CA*
Natalie T. Nguyen *CA*
Caroline M. Robert *CA*
Genail M. Anderson *CA*
Ellen Cha *CA/MN*
Erin L. Laney *CA*
Angela M. Fontanini *CA*
Jacque A. Gruber *CA/NV*
John B. Acierno *CA*
William L. Partridge *CA*
Christopher L. Peterson *CA*
Katie L. Johnson *CA*
Mitch A. Wrosch *CA*
Jason W. Short *CA*
Jason L. Eliaser *CA*
Heather L. Hudson *CA/NV*

*Mailing - Bankruptcy*
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

*Mailing - Eviction*
4375 Jutland Drive, Suite 200
P.O. Box 17934
San Diego, CA 92177-0934

Ph.: (858) 750-7600
Fax: (619) 590-1385

**Orange County**

Elana J. Moeder *CA*
Bryan T. Brown *CO/TX*
Michael J. Fox *CA*

1820 E. First St., Ste. 420
Santa Ana, CA 92705
Ph: (714) 285-2633
Fax: (714) 285-2668

**Arizona Office**

Charles L. Firestein
Phoenix, AZ

**Hawaii Office**

David B. Rosen
Honolulu, HI

**Nevada Office**
Phillip A. Silvestri
Las Vegas, NV

**Texas Office**

Claire A. Mock
William P. Weaver, Jr.
San Antonio, TX

**Washington Office**

Jesse Baker
Seattle, WA

October 23, 2009

**VIA FACSIMILE (623) 939-6718**
Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737

Re:     In re Speer, Chad and Rebecca
        Bankruptcy Case No.: 2:09-bk-19330-CGC
        Notice of Default/Intent to File Motion for Relief From Automatic Stay
        Loan No.: 0045722048
        Property Address: 28225 N 31st Lane, Phoenix, Arizona 85085
        Our Client: Aurora Loan Services LLC
        Our File No.: 000004-052876-M

Dear Mr. Charles:

This is an attempt to meet and confer regarding the above-referenced loan. Please be advised that our firm has been retained by Aurora Loan Services LLC the beneficiary and/or authorized loan servicing agent for the beneficiary of the Note and Deed of Trust encumbering the above-referenced property.

This notice is sent pursuant to Bankruptcy Local Rule 4001-1(b) to inform you that the above-referenced account is post-petition due for September 1st, 2009, and the post-petition arrears are in the amount of $4,969.86.

Please contact our office to arrange payment of the above arrears, an Adequate Protection Order, or other resolution of the default. Please note that absent a written resolution of the matter within five (5) business days of the date of this letter, our office will immediately file a Motion for Relief From Automatic Stay. Please note that payment should be in certified funds and sent to:

Monica Mora
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Of course, once a Motion is filed, our office may still be willing to attempt an amicable resolution of this matter in order to avoid a hearing.

If you have any questions in regard to this matter, please contact our office at (858) 750-7600.

Very truly yours,

Carlos R. Guzman

CRG

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii
Idaho, Nevada, New York, Oregon, Texas, Utah and Washington
*See above or visit www.piteduncan.com re individual attorney admissions.*

```
**********************************************************************
*                                                                  P.01
* TRANSACTION REPORT                           OCT-23-2009 FRI 11:36 AM
*
* FOR: PITE DUNCAN LLP              6195901385
*
*  DATE START  RECEIVER        TX TIME  PAGES TYPE    NOTE        M# DP
*  OCT-23 11:35 AM 616239396718   21"    1   SEND     OK             193
*
*                                 TOTAL :        21S  PAGES:  1
**********************************************************************
```

# PITE DUNCAN LLP

**San Diego**

Steven W. Pite CA/NV/WA
John D. Duncan CA/TX/WA
Peter J. Salmon CA/ID/UT/WA
David E. McAllister AZ/CA/HI/OR/UT/WA

Rochelle L. Stanford AZ/CA/OR/WA
Josephine E. Salmon AK/AZ/CA/NV
Laurel I. Handley AZ/CA/ID/NV
Daniel R. Gamez CA/TX
Eddie R. Jimenez CA/NV/TX
Susan L. Petit AK/CA/WA
Douglas A. Toleno AZ/CA
Cuong M. Nguyen CA/NV
Casper J. Rankin CA/OR
Charles A. Correia CA
Melodie A. Whitson CA
Brian A. Paino AZ/CA/TX/WA
Christopher M. McDermott CA

Jillian A. Benbow CA
Thomas N. Abbott CA
Tracy D. Mabry TX
Drew A. Callahan CA
Natalie T. Nguyen CA
Caroline M. Robert CA
Genail M. Anderson CA
Ellen Chu CA/MN
Erin L. Laney CA
Angela M. Fontanini CA
Jacque A. Gruber CA/NV
John B. Acierno CA
William L. Partridge CA
Christopher L. Peterson CA
Katie L. Johnson CA
Mitch A. Wrosch CA
Jason W. Short CA
Jason L. Eliaser CA/NV
Heather L. Hudson CA/NV

*Mailing - Bankruptcy*
8775 Jutland Drive, Suite 200
P.O. Box 17933

October 23, 2009

**VIA FACSIMILE (623) 939-6718**
Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737

Re:   In re Speer, Chad and Rebecca
Bankruptcy Case No.: 2:09-bk-19330-CGC
Notice of Default/Intent to File Motion for Relief From Automatic Stay
Loan No.: 0045722048
Property Address: 28225 N 31st Lane, Phoenix, Arizona 85085
Our Client: Aurora Loan Services LLC
Our File No.: 000004-052876-M

Dear Mr. Charles:

This is an attempt to meet and confer regarding the above-referenced loan. Please be advised that our firm has been retained by Aurora Loan Services LLC the beneficiary and/or authorized loan servicing agent for the beneficiary of the Note and Deed of Trust encumbering the above-referenced property.

This notice is sent pursuant to Bankruptcy Local Rule 4001-1(b) to inform you that the above-referenced account is post-petition due for September 1st, 2009, and the post-petition arrears are in the amount of $4,969.86.